AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | Case No. 20-8249 MJ |
|---|---|---|
| v. | ) | |
| Alejandro Stalter | ) | **AFFIDAVIT FOR DETENTION OF** |
| *Defendant* | ) | **MATERIAL WITNESSES** |
| | ) | |

I, Daniel Chambers, on oath, depose and state:

(1) I am an Agent of the U.S. Border Patrol, Casa Grande, Arizona, and make this affidavit as such officer.

(2) A criminal complaint in this matter has been filed charging that the defendants did knowingly and with reckless disregard transport or attempt to transport in the United States, Jhonatan Damian-Gonzalez and Jorge Luis Martinez-Gonzalez, aliens (hereinafter called "witnesses"), in violation of Title 8, U.S.C. § 1324(a)(1)(A)(ii).

(3) The said witnesses have testimony to give in said matter of a material nature in that they illegally entered the United States and the defendant transported or moved the said witnesses in the United States in furtherance of the witnesses' violation of law.

(4) The above witnesses are citizens and residents of Mexico who entered the United States illegally and who would return to Mexico to reside if released in this proceeding.

(5) Because of the above, their presence in further proceedings in the within matter could not be required by subpoena of the court system of the United States, and securing such presence by subpoena would become impracticable.

(6) I therefore request that the above-named witnesses be detained as witness for further proceedings in this case pursuant to 18 U.S.C. § 3144.

DANIEL A CHAMBERS
Digitally signed by DANIEL A CHAMBERS
Date: 2020.08.21 10:45:01 -07'00'

Daniel Chambers
U.S. Border Patrol Agent

Sworn to before me telephonically, this 21st day of August, 2020.

Honorable John Z. Boyle
United States Magistrate Judge