# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Alejandro Stalter,<br><br>　　　　　　Defendant. | No. 20-8249MJ<br><br>**MATERIAL WITNESS ORDER** |

Defendant, Alejandro Stalter, having been charged in the District of Arizona with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and the Magistrate Judge having determined from the affidavit of Agent Chambers filed in this case, the following persons can provide testimony that is material to the offense(s) alleged in the Complaint:

Jhonatan Damian-Gonzalez and Jorge Luis Martinez-Gonzalez.

The Magistrate Judge finds that it may become impracticable to secure the presence of the witnesses by subpoena in further proceedings because they are not in the United States legally and have no legal residence or employment in this Country.

**IT IS ORDERED** that the witnesses shall be detained pursuant to 18 USC § 3144 in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

/////

/////

1  The witness(es) shall be afforded a reasonable opportunity for private consultation with
2  counsel.
3       Dated this 25th day of August, 2020.

*Michael T. Morrissey*
Honorable Michael T. Morrissey
United States Magistrate Judge